F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JAN 29 2007 ★

CS / Central Islip RECEIVED

LONG ISLAND OFFICE  1/25/07

Chambers of
I. Leo Glasser

Courtesy Copy

The original was:
_X_ Filed in hard copy.
___ Electronically filed.

PROB 12A
(NYEP-11/25/02)

# United States District Court
## for
## Eastern District of New York
### Report on Offender Under Supervision

Name of Offender: Fabian Beltran  Case Number: 01 CR 477-01

Name of Sentencing Judicial Officer: The Honorable I. Leo Glasser, Sr. U.S.D.J.

Date of Original Sentence: March 15, 2004

Original Offense: Conspiracy to Distribute and Possession with Intent to Distribute in Excess of 100 Grams of Heroin; 21 USC §§ 846 and 841(b)(1)(B)(I); a Class B Felony

Original Sentence: Four years probation, $100 special assessment fee, 100 hours of community service and the defendant must file an income tax return for the year 2000, if one was legally required.

Type of Supervision: Probation    Date Supervision Commenced: March 15, 2004

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | New Criminal Conduct: Threatening |
| 2. | New Criminal Conduct: Disorderly Conduct |
| 3. | New Criminal Conduct: Criminal Mischief - 3rd Degree |

U.S. Probation Officer Action:

By way of background, based upon his residence in Stratford, Connecticut, supervision of this case has been provided by the U.S. Probation Office for the District of Connecticut.

On December 29, 2006, we received a correspondence from United States Probation Officer Giovanna Harris (who is currently supervising this offender). Therein, she reported that on November 19, 2006, the offender was arrested by the Bridgeport Police Department and charged with Threatening, Disorderly Conduct and Criminal Mischief - 3rd Degree.

According to the police report, the offender began to act violently when informed by his wife that she would be seeking a divorce. This violence culminated on November 19, 2006, when the offender allegedly kicked down a door in order to get to his wife who was seeking refuge from him at his parent's house. According to the police report, the offender also made threats of violence and his wife reported that she feared for her life.

According to the District of Connecticut, the offender reported this arrest in a timely manner and reported no other issues of concern. We have also interviewed the prosecutor, who advises that the offender has been compliant and scheduled to appear next before the local court on January 29, 2007.

In addition, pursuant to our request, the prosecutor will mandate the offender's participation in domestic violence counseling to address apparent anger management issues that are present in this case.

As such, we join the District of Connecticut in respectfully recommending that no further action be taken at this time pending disposition of this case locally. Should the Court concur, we will continue to monitor this case and contact the Court once a disposition is reached. In addition, should the offender fail to participate in domestic violence counseling, we will advise the Court with a recommendation for further action.

Respectfully submitted by,

Craig Schneider
U.S. Probation Officer
Date: 1-24-07

Approved by,

George Gonzalez
Supervising U.S. Probation Officer
Date: 1/22/07

THE COURT ORDERS:
☒ No Action
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Signature of Judicial Officer

Date 1/25/07